IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Government, | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-10-696-4 |
| | § | |
| OMAR IVAN MONITA, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Defendant Omar Monita filed a motion for appointment of counsel, (Docket Entry No. 61).

The motion is GRANTED. The magistrate judge will appoint counsel to represent the defendant.

SIGNED on March 11, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge